AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| SAMUEL GUSTAVO SUAZO-PALMA a/k/a | ) Case No. 13-8257-WM |
| SAMUEL GUSTAVO-SUAZO | ) |
|  | ) |
|  | ) |
| Defendant(s) | |

FILED by _____ D.C.

MAY 2 0 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 9, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, USC, Sections 1326(a) and (b)(1) | Illegal reentry after deportation by a convicted felon. |

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, Dep. Off., ICE
Printed name and title

Sworn to before me and signed in my presence.

Date: May 20, 2013

_____
Judge's signature

City and state:   West Palm Beach, Florida

William Matthewman, US Magistrate Judge
Printed name and title

## UNITED STATES v. SAMUEL GUSTAVO SUAZO-PALMA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Samuel Gustavo SUAZO-PALMA, also known as Samuel GUSTAVO-SUAZO committed the offense of being found in the United States after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On May 9, 2012, an individual identifying himself as Samuel Gustavo SUAZO-PALMA was arrested in Palm Beach County, Florida on charges of possession of cocaine, resisting officer and driving without driver's license. He was booked and detained at Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an

1

individual previously removed from United States under alien number A078 179 414, that is Samuel Gustavo SUAZO-PALMA.

4. On or about May 10, 2013, at the Palm Beach County Jail, Immigration Enforcement Agent Cynthia Alcocer took a sworn statement from Samuel Gustavo SUAZO-PALMA. Post-*Miranda,* Samuel Gustavo SUAZO-PALMA admitted to being native of Honduras. He further admitted to last entering into the United States in 2009, after being removed from the United States in 2001 and 2008. Samuel Gustavo SUAZO-PALMA further admitted that he did not seek permission from the U.S. government to re-enter the United States.

5. On or about May 14, 2013, your affiant received immigration file bearing control number A078 179 414 corresponding to Samuel Gustavo SUAZO-PALMA. Original records within alien file assigned to Samuel Gustavo SUAZO-PALMA show that he is a native and citizen of Honduras. Records further show that on or about March 28, 2001, Samuel Gustavo SUAZO-PALMA was ordered removed from the United States. The Order of Removal was executed on or about April 24, 2001, whereby Samuel Gustavo SUAZO-PALMA was removed from the United States to Honduras. Thereafter, Samuel Gustavo SUAZO-PALMA re-entered into the United States illegally and on or about August 29, 2008, was removed to Honduras for the second time.

6. Additional records obtained by your affiant show that on or about August 14, 2008, in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Samuel Gustavo SUAZO-PALMA was convicted of

driving while license suspended-habitual, a third degree felony offense, in case number 2008CF010184.

7. Town of Palm Beach Fingerprint Expert Gregory A. Parkinson conducted fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on May 9, 2013, that is, Samuel Gustavo SUAZO-PALMA, was the same person previously removed from the United States on or about April 24, 2001 and August 29, 2008.

8. Your affiant performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Samuel Gustavo SUAZO-PALMA filed an application for permission to reapply for admission into the United States after deportation or removal. After a diligent search was performed in that database system, no record was found to exist indicating that Samuel Gustavo SUAZO-PALMA obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law. Certificate of Non-Existence of Record has been requested from Bureau of Citizenship and Immigration Services.

9. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about May 9, 2013, Samuel Gustavo SUAZO-PALMA, also known as Samuel GUSTAVO-PALMA, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the

3

United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

                                                      Andy Korzen
                                                     Deportation Officer
                                                     Immigration and Customs Enforcement

Subscribed and sworn to before me
this 20 th day of May, 2013.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8257-WM

UNITED STATES OF AMERICA

vs.

SAMUEL GUSTAVO SUAZO-PALMA
a/k/a SAMUEL GUSTAVO-SUAZO

**Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
ROBERT H. WATERS, JR.
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 365483
500 S. Australian Ave, Ste. 400
West Palm Beach, Florida 33401
TEL (561) 820-8711
FAX (561) 820-8777